AO 91 (Rev. 5/85) Criminal Complaint

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 9 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

# United States District Court

**DISTRICT OF** Hawaii

UNITED STATES OF AMERICA

V.

KUM SUK HONG
a/k/a: "Korean Connie"

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-00246 BMK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   January 16, 2003   in   Honolulu   county, in the District of   Hawaii   defendant(s) did, (Track Statutory Language of Offense)

distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II narcotic controlled substance

in violation of Title   21   United States Code, Section(s)   841(a)(1) & 841(b)(1)(B)   .

I further state that I am a(n)   DEA Task Force Officer   and that this complaint is based on the following
                                    Official Title
facts:

On January 16, 2003, a confidential informant (CI) working in conjunction with your affiant approached Kum Suc Hong for the purpose of purchasing crystal methamphetamine from Hong. At the time the confidential informant was accompanied by an undercover DEA Special Agent (UC). Hong told the CI that she would not distribute the methamphetamine in the presence of the undercover agent. Once the UC left the area the CI entered Hong's residence and purchased one ounce of crystal methamphetamine directly from Hong. This transaction was recorded and the substance purchased from Hong was analyzed to be 26 grams of d-methamphetamine. Hong's residence is located in Honolulu, Hawaii in the District of Hawaii.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

03-19-2004                                             at                    Honolulu, Hawaii
Date                                                                           City and State

Barry M. Kurren
United States Magistrate Judge
Name & Title of Judicial Officer                                             Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.