ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 9 2004

at 11 o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. NO. 04-0246 BMK |
| Plaintiff, | |
| vs. | MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| KUM SUC HONG<br>a/k/a : "Korean Connie" | |
| Defendant. | |

**MOTION TO DETAIN DEFENDANT WITHOUT BAIL**

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

1. **Eligibility Of Case**.  This Defendant is eligible for detention because the case involves (check all that apply):

    ____ a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____ b.  Offense committed on release pending imposition, execution, or appeal of

        sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

____ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

____ e.    Crime of violence (3142(f)(1)(A))

____ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

__X__ g.    10+ year drug offense (3142(f)(1)(C))

____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

__X__ i.    Serious risk Defendant will flee (3142(f)(2)(A))

__X__ j.    Danger to other person or community **

____ k.    Serious risk obstruction of justice (3142(f)(2)(B))

____ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. **Reason For Detention**. The Court should detain Defendant (check all that apply):

__X__ a.    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

__X__ b.    Because there is no condition or combination of conditions of release

2

        which will reasonably assure the safety of any other person and the community (3142(e))

_____ c.    Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3. **Rebuttable Presumption**. The United States (will/will not) invoke the rebuttable presumption against Defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

   **X** a.    Probable cause to believe Defendant committed 10+ year drug offense

_____ b.    Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

_____ c.    Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests that the Court conduct the Detention Hearing:

_____ a.    At first appearance

   **X** b.    After continuance of _____ days (not more than 3)

5. **Rule 40 Cases**. The United States requests that the Detention Hearing be held:

_____ a.    In the District of Hawaii

_____ b.    In the District where charges were filed

6. **Other Matters**.

DATED: March 19, 2004, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

               By   /s/ Kenneth M. Sorenson
                      KENNETH M. SORENSON
                      Assistant U.S. Attorney