# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/19/2004  4:30 pm

04-0246

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA 04-0249 BMK |
| CASE NAME: | USA vs. KUM SUK HONG |
| ATTYS FOR PLA: | Kenneth Sorenson by Loretta Sheehan, AUSA |
| ATTYS FOR DEFT: | Loretta Faymonville, AFPD |
| INTERPRETER: | Esther Cho (Korean Interp) |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F CD 3 |
| DATE: | March 19, 2004 | TIME: | 3:19 - 3:23 |

COURT ACTION:  EP Initial Appearance -

Deft present in custody;

Interpreter Esther Cho (Korean Interpreter) sworn;

Deft sworn to Financial Affidavit; Request for Court appointed atty - GRANTED;

AFPD Loretta Faymonville appointed;

Detention Hearing: 3/24/04 @ 3:00 p.m., BMK;
Preliminary Hearing: 4/2/04 @ 10:00 a.m., KSC.

Deft remanded to custody.

cc: Financial

Submitted by: Gary Santos, Courtroom Manager

G:\docs\gary\HONG, Kum 3-19-04.wpd