# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/24/2004 4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MA 04-00246BMK

CASE NAME:       USA v. Kum Suk Hong

ATTYS FOR PLA:   Kenneth Sorenson

ATTYS FOR DEFT:  Michael Weight

INTERPRETER:     Esther Cho

JUDGE:   Barry M. Kurren          REPORTER:   C6F CD3

DATE:    3/24/2004                TIME:       3:15 - 3:17

COURT ACTION:  EP: Detention Hearing - deft present in custody.
Interpreter Esther Cho previously sworn.

Detention Hearing continued to 4-1-04 @ 10 a.m., KSC at Weight's request.

Deft remanded to custody of U.S. Marshal.

cc: Financial Deputy

Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\ma 04-246bmk hong 3-24-04.wpd