FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 24 2004
at ___ o'clock and ___ min. ___
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA. NO. 04-0246 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF INTERPRETER |
| vs. | ) | |
| | ) | |
| KUM SUK HONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, she has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, March 19, 2004.

_Esther Cho_
ESTHER CHO