# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/1/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Loretta Sheehan for Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | Esther Cho |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD2 |
| DATE: | 4/1/2004 | TIME: | 10:07:03-10:08:51am |

COURT ACTION:  EP: Detention Hearing - defendant present, in custody.  Interpreter Esther Cho present and previously sworn.  There being no opposition by the government, defendant's oral request to continue this hearing is granted.  Detention Hearing is continued to 4/8/04 at 10:30am before Judge Kurren.

Defendant remanded to the custody of the USMS.

At counsel's request, the Preliminary Hearing currently set for 4/2/04 before Judge Chang has been continued to 4/15/04 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Kum Suk Hong, sa.wpd