# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/8/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA 04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Loretta Sheehan for Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | Esther Cho |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F - CD3 |
| DATE: | 4/8/2004 | TIME: | 10:57 - 11 |

COURT ACTION:  EP: Detention Hearing - deft present in custody.  Interpreter Esther Cho previously sworn.

PTS Tony Barry will call ICE (fka INS) to expedite the records.
Further Detention Hearing 4-15-04 @ 10 a.m., KSC.
Deft remanded to custody of U.S. Marshal.

cc: Financial Deputy

Submitted by Richlyn Young, Courtroom Manager