**ORIGINAL**

 Leslie Sai/HID/09/USCOURTS

04/13/2004 01:50 PM

To  HIDml_CR Notice Group,
cc  Wilma Arakaki/HID/09/USCOURTS,
bcc
Subject  MA 04-0246 United States of America Vs. Kum Suk Hong

Detention Hearing and Preliminary Hearing set for April 15, 2004 continued to April 23, 2004 @10:00 a.m. before Judge Chang

Government Counsel-Kenneth Sorenson

Defendant Counsel-Michael Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2004

at 3 o'clock and 20 min, PM
WALTER A.Y.H. CHINN, CLERK

