ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

LODGED

APR 16 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0246 BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO EXTEND TIME |
| vs. | ) | FOR PRELIMINARY HEARING; |
| | ) | ORDER |
| KUM SUK HONG, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO EXTEND TIME
FOR PRELIMINARY HEARING

Comes now the parties, upon agreement of counsel, and agree to continue the preliminary hearing and detention hearing in this case from April 15, 2004 at 10:00 a.m. to April 23, 2004

//

//

at 10:00 a.m., in order to permit counsel for the defendant to further prepare and investigate options for pretrial release.

DATED: __APR 15 2004__, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney

By _/s/ Ken Sorenson_
KENNETH M. SORENSON
Assistant U.S. Attorney

_/s/ Michael A. Weight_
MICHAEL WEIGHT, ESQ.
Attorney for Defendant
KUM SUK HONG

APPROVED AND SO ORDERED:

_/s/ Kevin S. Chang_
KEVIN S. CHANG
U.S. Magistrate Judge

USA v. KUM SUK HONG
Mag. No. 04-0246 BMK
"Stipulation Extending Time for Preliminary Hearing; Order"

2