Shari Afuso/HID/09/USCOURTS
04/22/2004 03:38 PM

To: HiDmi_CR Notice Group
cc:
bcc:
Subject: MA04-246BMK, USA v. Kum Suk Hong

# MA04-246BMK, USA v. Kum Suk Hong

The Preliminary Hearing currently set for 4/23/04 before Judge Chang has been continued to 4/30/04 at 10:30am before Judge Chang.

AUSA: Kenneth Sorenson
AFPD: Michael Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

