# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/23/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | Esther Cho |

UNSEALED BY ORDER OF TH[E]
DATE: 3/19/04

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD3 |
| DATE: | 4/23/2004 | TIME: | 10:07:50-10:13:45am |

COURT ACTION:  EP: Detention Hearing - defendant present, in custody.  Interpreter Esther Cho present and previously sworn.

Motion to Detain denied.

Bail -
Execute an unsecured bond in the amount of $25,000, co-signed by Mary Ann George.

The defendant is placed in the Third Party Custodianship of: Stephanie Andrade, 1467 Ala Napunani Street, Honolulu, Hawaii 96818.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.

(7g3)  Do not apply for/obtain a passport. Execute an affidavit or declaration which attests that you do not have access to, or are in possession of any passport. Submit to the U.S. District Court Clerk's Office by: April 26, 2004.

(7h3)  Travel is restricted to: the island of Oahu.

(7j)   Maintain residence with/at: Stephanie Andrade, at 1467 Ala Napunani Street, Honolulu, Hawaii 96818.



(7p3)  Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), the curfew hours will be determined by Pretrial Services.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u)  Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v2)  Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:  Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: Shari Afuso, Courtroom Manager