FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

APR 2 3 2004

at 10 o'clock and 19 min. a.m. M.
WALTER A.Y.H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA. 04-0246 BMK |
| | ) | |
| Plaintiff, | ) | STATEMENT OF KUM SUK HONG |
| | ) | |
| vs. | ) | |
| | ) | |
| KUM SUK HONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>STATEMENT OF KUM SUK HONG</u>

I hereby attest that I do not have a valid passport in my possession, as it is lost, and will not obtain a passport while on release.

DATED:  Honolulu, Hawaii, April 23, 2004.

KUM SUK HONG