# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/30/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | Esther Cho |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD3 |
| DATE: | 4/30/2004 | TIME: | 10:43:51-10:47:38am |

COURT ACTION: EP: Preliminary Hearing - defendant present, not in custody. Court finds that defendant has waived her right to a preliminary hearing. Waiver of Preliminary Examination or Hearing signed by the defendant. Defendant also waives her right to a speedy trial. Waiver of Right Under Speedy Trial Act signed by the defendant.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Kum Suk Hong3.sa.wpd

17