AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __HAWAII__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 30 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

KUM SUC HONG

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-0246 BMK

I, __KUM SUC HONG__, charged in a (complaint) ~~(petition)~~ pending in this District with __distributing 5 grams or more of methamphetamine, a Schedule II controlled substance__ in violation of Title __21__, U.S.C., __Sections 841(a)(1) and (b)(1)(B)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
*Defendant*
KUM SUC HONG

__4/30/04__
*Date*

_____
*Counsel for Defendant*
MICHAEL WEIGHT
Assistant Federal Defender