ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT # 876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
KUM SUK HONG

LODGED
MAY 2 1 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 5 2004
at 8 o'clock and 47 min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-0246 BMK |
| Plaintiff, | STIPULATION AND ORDER TO AMEND CONDITIONS TO PROVIDE FOR MENTAL HEALTH COUNSELING |
| vs. | |
| KUM SUK HONG, | |
| Defendant. | |

### STIPULATION AND ORDER TO AMEND
### CONDITIONS TO PROVIDE FOR MENTAL HEALTH COUNSELING

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the terms and conditions of Defendant's pretrial release be

amended to allow defendant to undergo a psychiatric/mental health evaluation and

19

participate in any recommended counseling as approved by Pretrial Services. Take all medication as prescribed. All other terms and conditions of Defendant's pretrial release shall remain in full force and effect.

    IT IS SO STIPULATED:

    DATED: Honolulu, Hawaii, May 20, 2004.

_____
MICHAEL A. WEIGHT
Attorney for Defendant
KUM SUK HONG

_____
KENNETH M. SORENSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ALISON G.K. THOM
Pretrial Services Officer

    IT IS APPROVED AND SO ORDERED:

    DATED: Honolulu, Hawaii, _____.

_____
The Honorable BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

UNITED STATES v. KUM SUK HONG
CR. NO. 04-0246 BMK
STIPULATION AND ORDER TO AMEND CONDITIONS TO
PROVIDE FOR MENTAL HEALTH COUNSELING