ORIGINAL

PS 8
(8/88)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2004

at 2 o'clock and 45 min. P M
WALTER A.Y.H. CHINN, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. KUM SUK HONG

Docket No. 04-0246BMK-01

Petition for Action on Conditions of Pretrial Release

    COMES NOW ALISON G.K. THOM, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KUM SUK HONG, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, on April 22, 2004, under the following conditions:

1. The defendant is placed in the Third Party Custodianship of: Stephanie Andrade, 1467 Ala Napunani Street, Honolulu, Hawaii 96818.
2. (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.
3. (7c) Maintain or actively seek employment, as directed by Pretrial Services.
4. (7g3) Do not apply for/obtain a passport. Execute an affidavit or declaration which attests that you do not have access to, or are in possession of any passport. Submit to the U.S. District Court Clerk's Office by: April 26, 2004.
5. (7h3) Travel is restricted to: the island of Oahu.
6. (7j) Maintain residence with/at: Stephanie Andrade, at 1467 Ala Napunani Street, Honolulu, Hawaii 96818.
7. (7p3) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), the curfew hours will be determined by Pretrial Services.
8. (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.
9. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.
10. (7v2) Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.
11. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.



U.S.A. vs. KUM SUK HONG
Docket No. 04-0246BMK-01
Petition for Action on Conditions of Pretrial Release - Page 2

---

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

Admitted to smoking crystal methamphetamine on July 8, 2004 and July 12, 2004, in violation of Special Condition No. 9.


PRAYING THAT THE COURT WILL ORDER a summons be issued and the defendant be brought forth to show cause as to why bail should not be revoked. The defendant resides at 1467 Ala Napunani Street, Honolulu, Hawaii, 96818.

ORDER OF COURT

Considered and ordered this 14th day of July, 2004 and ordered filed and made a part of the records in the above case.

_____
KEVIN S.C. CHANG
U.S. Magistrate Judge

Respectfully,

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii

Date: July 14, 2004