Shari Afuso/HID/09/USCOURTS
07/14/2004 03:45 PM

To: HIDml_CR Notice Group
cc:
bcc:
Subject: MAG04-246BMK, USA v. Kum Suk Hong

# MAG04-246BMK, USA v. Kum Suk Hong

Order to Show Cause Why Bail Should Not Be Revoked is set for 7/16/04 at 1:30pm before Judge Chang.

AUSA: Ken Sorenson
AFPD: Michael Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK