AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: MAG 04-0246 BMK |
| KUM SUK HONG<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>COURTROOM 5 |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>July 16, 2004 @ 1:30 p.m. |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Bail Should Not Be Revoked.

Walter A. Y. H. Chinn
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

7/14/04
Date



AO 83 (Rev. 12/85) Summons in a Criminal Case                    MAG 04-0246 BMK

## RETURN OF SERVICE

Service as made by me on:[1]                             Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____        _____ Mark M. Hanohano
                Date                Name of United States Marshal

                                    _____
                                    (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure