# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/16/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD6 |
| DATE: | 7/16/2004 | TIME: | 1:41:30-1:46:15pm |

COURT ACTION:  EP: Order to Show Cause Why Bail Should Not Be Revoked - defendant present, not in custody.  Interpreter Esther Cho not present.  There being no objection by the government, defendant's request to continue this hearing is granted.  Order to Show Cause continued to 7/23/04 at 9:15am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Kum Suk Hong4,sa.wpd