AO 83 (Rev. 12/85) Summons in a Criminal Case

MAG 04-0246 BMK

MAG 04-246 V

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2004

at 3 o'clock and 01 min. P M
WALTER A. Y. H. CHINN, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]                    Date  7/16/2004

### Check one box below to indicate appropriate method of service

☒  Served personally upon the defendant at: Court Room 5   USDC
    300 Ala Moana Blvd, Honolulu Hi

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of
    suitable age and discretion then residing therein and mailed a copy of the summons to the
    defendant's last known address
    Name of person with whom the summons was left: _____
    _____
    _____
    _____

    I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on  7/16/04                        Mark M. Hanohano
                /Date                       Name of United States Marshal


                                            (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

24

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

———————————— District of Hawaii ————————————

UNITED STATES OF AMERICA

V.

KUM SUK HONG
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: MAG 04-0246 BMK

*Tim Serve in Court*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>COURTROOM 5 |
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>July 16, 2004 @ 1:30 p.m. |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Bail Should Not Be Revoked.

RECEIVED 2004 JUL 15 AM 9:02 U.S. MARSHALS SERVICE HONOLULU, HI.

| | |
|---|---|
| Walter A. Y. H. Chinn<br>Name and Title of Issuing Officer | |
| Signature of Issuing Officer/Deputy Clerk | 7/14/04<br>Date |