| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>07/23/2004 08:11 AM | To | HIDml_CR Notice Group |
| | cc | Cathleen ChangSato/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | MAG04-246BMK, USA v. Kum Suk Hong |

# MAG04-246BMK, USA v. Kum Suk Hong

At defendant's request, the Order to Show Cause Why Bail Should Not Be Revoked currently set for 7/23/04 before Judge Chang has been continued to 8/2/04 at 1:30pm before Judge Kurren. All parties notified.

AUSA: Ken Sorenson
AFPD: Michael Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2004

at 8 o'clock and 27 min. __M.
WALTER A.Y.H. CHINN, CLERK

25