# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8-2-04  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA 04-0246BMK |
| CASE NAME: | USA v. Kum Suk Hong |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | Esther Cho |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F - CD8 |
| DATE: | 8-2-04 | TIME: | 1:50- 1:55 |

COURT ACTION: EP: Order to Show Cause Why Case Should Not be Revoked - deft present on bail.

Bail amended.
The following bail conditions are deleted:
- ◆ The defendant be released on an unsecured bond in the amount of $25,000, co-signed by Mary-Ann George.
- 3. (7c) Maintain or actively seek employment, as directed by Pretrial Services.
- 6. (7j) Maintain residence with/at: Stephanie Andrade, 1467 Ala Napunani St., Hon., HI 96818.
- 7. (7p3) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), the curfew hours will be determined by Pretrial Services.

The following bail conditions are added:
- ◆ The defendant be released on a unsecured bond in the amount of $25,000.
- (7j) Maintain residence with/at: 1467 Ala Napunani St., Hon., HI 96818, unless otherwise authorized by Pretrial Services.

(7p1) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved



by Pretrial Services. The Court authorizes release under the HOME INCARCERATION restriction

(7w1) Submit to alcohol detection testing as approved by Pretrial Services.

Other conditions: Participate in and successfully complete the outpatient substance abuse treatment program at the Salvation Army Addiction Treatment Services (SAATS), located at 3624 Waokanaka St., Hon., HI 96817. Comply with any recommended follow-up substance abuse treatment as approved by Pretrial Services. You are required to abide by all established rules of the program.

Other conditions: Attend a minimum of three Alcoholics Anonymous/Narcotics Anonymous (AA/NA) meetings per week, unless otherwise approved by Pretrial Services. Provide Pretrial Services with verification of attendance.

Other conditions: A Bail Review Hearing is set for 9-2-04 @ 10 a.m., LEK.

All other conditions to remain unchanged.


cc: Financial Deputy


Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\ma 04-246bmk hong 8-2-04.wpd