

**Warren Nakamura/HID/09/USCOURTS**
09/01/2004 04:53 PM

To HIDml_CR Notice Group
cc
bcc
Subject  RE: MAG NO. 04-0246BMK USA vs. KUM SUK HONG

RE: MAG NO. 04-0246BMK USA vs. KUM SUK HONG

Further Bail Review Hearing set for 10:00 9/2/04 is continued to 3:30 9/8/04, LEK

AUSA, Kenneth M. Sorenson
AFPD, Michael A. Weight
Interpreter: Esther Cho

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

29