

| | | |
|---|---|---|
| **Warren Nakamura/HID/09/USCOURTS** | To | HIDml_CR Notice Group |
| | cc | Starr Quon/HID/09/USCOURTS@USCOURTS |
| 09/08/2004 09:49 AM | bcc | |
| | Subject | RE: MAG NO. 04-0246BMK USA vs. KUM SUK HONG |

RE: MAG NO. 04-0246BMK USA vs. KUM SUK HONG

Further Bail Review Hearing set for 3:30 9/8/04 is continued to 3:30 9/9/04, LEK.

AUSA, Kenneth M. Sorenson
AFPD, Michael A. Weight
Interpreter: Esther Cho

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK