# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/9/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0246BMK |
| CASE NAME: | USA vs. KUM SUK HONG |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Michael A. Weight |
| INTERPRETER: | ESTHER CHO |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 22 |
| DATE: | 9/9/2004 | TIME: | 3:32-3:34 |

COURT ACTION:  EP: Further Bail Review Hearing - Defendant present, not in custody. Interpreter Esther Cho, previously sworn, present.

No objections to the supplemental Pretrial Services Report.

Court Orders that the Defendant's bail conditions are to remain the same as previously imposed.

Submitted by: Warren N. Nakamura, Courtroom Manager