ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT #876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
KUM SUK HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. NO. 04-0246 BMK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) AMEND CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE |
| | ) |
| KUM SUK HONG, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO
AMEND CONDITIONS OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the terms and conditions of Defendant's pretrial release be

amended from "home incarceration" to "home detention."

All other terms and conditions of Defendant's pretrial release shall remain in full force and effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, September 24, 2004.

*/s/ Michael A. Weight*
MICHAEL A. WEIGHT
Attorney for Defendant
KUM SUK HONG

*/s/ Kenneth M. Sorenson*
KENNETH M. SORENSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

*/s/*
ALISON G.K. THOM
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 10/01/04.

*/s/ Leslie E. Kobayashi*
The Honorable LESLIE E. KOBAYASHI
United States Magistrate Judge
District of Hawaii

UNITED STATES v. KUM SUK HONG
CR. NO. 04-0246 BMK
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE