PETER C. WOLFF, JR.   # 2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT   # 876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:    (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
KUM SUK HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 04-00246 BMK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) MODIFYING CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE |
| | ) |
| KUM SUK HONG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER**
**MODIFYING CONDITIONS OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of pretrial release are MODIFIED as follows:

Electronic monitoring is discontinued.

All other pretrial release conditions shall remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 19, 2005.

MICHAEL A. WEIGHT
Attorney for Defendant
KUM SUK HONG

KENNETH SORENSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

ALISON G.K. THOM
U.S. Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 5/23/05.

United States Magistrate Judge
District of Hawaii

UNITED STATES v. KUM SUK HONG
MAG. NO. 04-00246 BMK
STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE