ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2005

at ___o'clock and___min.___M
SUE BEITIA, CLERK

LODGED

NOV 0 2 2005 11:7amm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

PETER C. WOLFF, JR.  # 2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT  # 876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    fpdhi@hotmail.com

Attorney for Defendant
KUM SUK HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 04-00246 BMK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) MODIFYING CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE |
| | ) |
| KUM SUK HONG, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## STIPULATION AND ORDER
## MODIFYING CONDITIONS OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the conditions of pretrial release are MODIFIED as follows:

Stephanie Andrade is hereby removed as third-party custodian. Defendant will continue to reside at 1467 Ala Napunani Street, Honolulu, Hawaii, 96818, without a third-party custodian.

All other pretrial release conditions shall remain in effect.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, November 1, 2005.

_____
MICHAEL A. WEIGHT
Attorney for Defendant
KUM SUK HONG

_____
KENNETH SORENSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, _____11/3/05_____.

_____
United States Magistrate Judge
District of Hawaii

UNITED STATES v. KUM SUK HONG
MAG. NO. 04-00246 BMK
STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

2