EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0246 BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| KUM SUK HONG, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Criminal Complaint against Kum Suk Hong on the ground(s) that the death of a percipient witness has rendered successful pursuit and prosecution of the charges difficult, and the case therefore lacks prosecutive merit.

      The defendant (is) (is not) in custody on the dismissed charge(s) listed above.

      DATED: April 25, 2008, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                            By  /s/ Kenneth M. Sorenson
                                KENNETH M. SORENSON
                                Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

APPROVED AND SO ORDERED:



                                _____
                                Kevin S.C. Chang
                                United States Magistrate Judge

UNITED STATES v. KUM SUK HONG
Mag. No. 04-0246 BMK
"Order for Dismissal"